

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00033-CV

Osbaldo A. **SAENZ**, Jr.,
Appellant

v.

Osbaldo A. **SAENZ** Sr. and Maria Estela G. Saenz Trust
Through their Trustee Esther A.S. Salmon, Estela Tijerina,
and the Estate of Alfredo Garza Tijerina, Deceased,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court Nos. DC-11-242 & DC-12-520
Honorable Ana Lisa Garza, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED. It is ORDERED that appellees recover their costs of appeal from appellant.

SIGNED November 26, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice